UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-89 |
| | ) | |
| JEFFERY W. WEST | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on September 22, 2008. At this hearing, the defendant did not contest that he had committed the violations of the conditions of supervised set forth as violations one and two of the petition for warrant for offender under supervision. The defendant stipulated that he tested positive for using methamphetamine on May 9, 2008, and June 27, 2008, violation number one, a standard condition of supervised release, and that he initially failed to follow the probation officer's instructions to inform his sister, with whom he lived, of his positive drugs screens, violation number two, standard condition number three. Further, it is uncontested the defendant's violation guideline range is now six months to twelve months.

Based upon the defendant's grade C violations, which were admitted by the defendant and considering the agreed upon range and the agreed upon reasonable sentence, the Court finds a sentence within the suggested range is appropriate. Therefore, the Court finds that the defendant has violated the terms of his supervised release, and it

is hereby **ORDERED** that his term of supervised release is **REVOKED**. It is **ORDERED** that he is sentenced to serve a term of incarceration of six months, and that this term of imprisonment shall be followed by a 30-month term of supervised release. During his term of supervised release, the defendant shall be subject to the standard conditions and shall be subject to the following special conditions:

> 1. The defendant shall reside at Midway Rehabilitation Center, Knoxville, Tennessee, for a period of six (6) months, and abide by the rules of that facility, and
>
> 2. The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer.

It is hereby **RECOMMENDED** that the defendant receive credit for time served since July 11, 2008. The defendant is **REMANDED** to the custody of the United States Marshal.

ENTER:

                                              s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE